IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:09-cr-30178-MJR |
| ) | |
| FONTEZ LAMONT COMBS, ) | |
| ) | |
| Defendant. ) | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

This matter is before the Court *sua sponte*. On December 18, 2009, the Court released Defendant Fontez Lamont Combs on a secured bond. At the time of release, the Court imposed certain conditions upon defendant.

The Court now **MODIFIES** those conditions of release, adding the following:

1. The Defendant shall refrain from the use of alcohol;

2. The defendant shall submit his person to a remote continuous alcohol testing system and comply with all program requirements.

**IT IS SO ORDERED.**

**DATED: January 8, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**