IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-cr-30178-MJR |
| ) | |
| FONTEZ LAMONT COMBS, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM AND ORDER

REAGAN, District Judge:

The Court hereby **DENIES** Defendant's motion to reconsider (Doc. 44) for the reasons articulated in the Court's prior Orders (Docs. 30 and 42). Additionally, the Court notes the following.

Defense counsel suggests (Doc. 44, p. 6) that "the time necessary to resolve the Motion to Suppress will neither disturb nor postpone the time appointed for trial." This is simply not true. This case originated in a November 2009 indictment and has been continued twice – up to the current setting of September 20, 2010. The Court has previously stated that this trial will not be continued a third time.

Moreover, the undersigned Judge's calendar (including criminal trials, civil trials, sentencing hearings, plea hearings, and motion hearings *already on the docket* between now and September 20th) renders it impossible to allow a suppression motion to filed by Defendant, a response to be filed by the Government, a hearing to be scheduled and held by the Court, and an Order to be drafted and entered before September 20th.

Furthermore, as was outlined in a July 27, 2010 letter from the undersigned Judge to attorney N. Scott Rosenblum, motions for extensions of time and continuances have become a chronic problem with defense counsel's firm.  This case is an example of that problem, especially given the fact that the Court several times reminded defense counsel (*after* they entered on Combs' behalf and hinted generally about filing a suppression motion) to secure an extension of the pretrial motion deadline.  That advice went disregarded.   The entries of appearance occurred in January 2010, defense counsel concedes that the basis for filing a suppression motion existed in April 2010, and yet no motion to extend the deadline came until July 27, 2010.

For all these reasons, the Court DENIES the motion to reconsider (Doc. 44).

IT IS SO ORDERED.

DATED August 4, 2010.

s/ *Michael J. Reagan*
Michael J. Reagan
United States District Judge